**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MATTHEW KELLY,**

      **Plaintiff,**

**v.**                                **Case No:   6:16-cv-1898-Orl-37TBS**

**BELFOR USA GROUP, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntarily Dismissal (Doc. 9), filed February 6, 2017. No answer has been filed. Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED**. The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 22nd day of February, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record